UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RONALD HARTER,<br><br>    Plaintiff,<br><br>    v.<br><br>BONNER COUNTY, IDAHO, a political subdivision of the State of Idaho,<br><br>    Defendant. | Case No. 2:16-cv-00546-RCT<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    This matter having come before the Court upon the parties' Stipulation to Dismiss with Prejudice (Dkt. No. 91) and the Court being duly advised, IT IS HEREBY ORDERED that this action is DISMISSED, WITH PREJUDICE, with each party to pay its own attorneys' fees and costs. The clerk is instructed to administratively close the case file.

    IT IS SO ORDERED.

DATED: October 08, 2019

*Richard C. Tallman*
Richard C. Tallman